24-5383 Michael McIntosh v. City of Madisonville KY Argument not to exceed 15 minutes per side Mr. Springer, you may proceed Good morning My name is Tom Springer and I represent Michael McIntosh and Rebecca McIntosh And I've reserved 3 minutes for rebuttal Chief Justice Sutton, Judge Bush, and Judge Murphy, may it please the court This is an appeal in a case involving erroneous deprivation of property And the fact that there's erroneous deprivation is not surprising In fact, in light of the fact that the City of Madisonville doesn't have in place Fundamentally fair or legitimate pre-deprivation process in place My clients owned and operated a small mobile home park in Madisonville KY One of the mobile homes was rented to a tenant This is all during the COVID pandemic Who damaged the property and called the local code enforcement officer to come inspect the property When he did, he determined there was mold in the dwelling And that the property needed to be condemned and rehabbed In accordance with the City of Madisonville policy, they sent out a notice letter to my client And it was very vague, it just said On the notice and vagueness, I thought it was pretty explicit I mean, I know there's an opportunity to be heard side of this But maybe talk a little bit more about why you think the notice itself was inadequate Thank you, Your Honor, sure Well, the notice says that your property is in violation of the 2012 International Property Code That's 61 pages of everything from how to put the studs in, the walls, the plumbing, the electrical There's no way to tell what exactly the violation was What in particular is wrong with this property and what needs to be done to repair it Not only that, when you look at the facts of this case and read the letter It says you've got 30 days to submit your plans for renovation and repair It doesn't say what's going to happen after the 30 days One can assume condemnation means destruction But what's really kind of unfair in this case, Your Honors Is that this property was doomed to be destroyed from the very beginning Mr. Wallace, the building inspector in Madisonville, has testified That there was no way to rehab this property There was no way to remediate it, it just had to be torn down So the notice letter really is ineffective Why do you think, I mean you're almost suggesting that The notice for purposes of the due process clause is analogous to What needs to be in a criminal indictment Which is kind of every element of the claim And I'm not certain the case law has ever required that amount of specificity Well, I think when you juxtapose the notice letter With the lack of opportunity to be heard in the hearing You combine that together and it really demonstrates the due process violations I agree with your point that case law says that it's to generate excitement To put the homeowner on notice that something bad is going to happen if you don't act And I guess my point is that even under that rule Mr. McIntosh did get excited and did contact the city And made multiple efforts to remediate But I guess my point is it was doomed to failure There was no hope of remediation That proves the opportunity to be heard was futile It doesn't prove the notice was futile I mean the more clear it is that they were going to destroy it The more you're on notice Well, to that point, going into what Remind me of these buildings I think of it as a mobile home park So these are mobile homes but kind of fixed Like no one's moving them any which way Judge, yes, I would say you'd be hard pressed to want to move them They've been there for a period of time They're permanently fixed to the lot They are considered a manufactured home under federal law But for all intents and purposes it's a permanent dwelling Had your client had any property condemned before? No, and actually he prided himself on being a very good landlord Now, there were some issues and it's in the record Some minor problems with the door sticking or things of that nature And those were all remedied As a matter of fact, there was an issue with an adjacent mobile home After this situation and the city actually did its job And told them what needed to be fixed And they got it repaired Your client or someone else? My client And that's in the record and Mr. Wallace has testified to that As a matter of fact, that would be on page 58 of the deposition Page ID number 493 How did the process work in that other? Is that in the record what the process was? It is in the record Is it in the record? Yes, Your Honor Generally what he did, which was gave him a list of what was wrong And he went in and remediated that And they inspected it and it was fine And that happened after the events in this case? Yes, Your Honor But moving forward to what occurred next So Mr. McIntosh gets the letter He files an appeal letter Now, would it be correct? Are you from this community? Yes, Your Honor Okay What's going on with the state law having a procedure in place For dealing with these things but the locality not having created it? Yes, Your Honor You're from the area, what happened? Yes, well, that's a very good question I would like to know We have a state law that a city can use If they have a constitutive board to hear these appeals That would be So they don't have to constitute the board though? But you have to have a board in order to follow the statute That's been decided by the appellee But there's also an ordinance The International Maintenance Code that the city adopted Also requires that there be a board Constituted to hear appeals So why did that not happen? I have no idea, Judge That would be a good question Because the city of Massachusetts does have boards for zoning For appeals For other areas of their administration But they don't have a board constituted to hear appeals of condemnation Is it a small enough town that that might be the explanation? It's possible I don't want to paint a broad brush That the city of Madisonville is somehow a bad actor Perhaps there's budgetary constraints or things of that nature But it doesn't excuse the fact that the procedure in place in this case Is grossly inappropriate and biased What's wrong with the notion that Do you think you'd have any type of state law remedy now? Aside from this due process claim under 1983 Would there be the ability to sue on the ground That it was not a public nuisance And that finding was mistaken? I appreciate you bringing that up, Judge Because we filed this action in state court To pursue those claims And we were removed to federal court I amended the complaint to then include a 1983 claim As I think would be appropriate And so here we are But my client was entitled to a pre-deprivation So that's your trespass claim that you're originally Yes, the trespass claim, yes It all falls into that But they were entitled to That's still not So I just have some of the basic law confused in my head So they found that the property was condemnable Under the code, under the ordinance? Yes And so does the ordinance have rules On when a property can be destroyed? Yes, it does Okay, so it was a finding that you violated the ordinance rules Because I assume it was a public nuisance of some kind I think that would be one of the options Would be destruction There's options that the International Maintenance Code has Remediation, demolition But there's also requirements Of how to properly notify the homeowner Or property owner How to properly hold a hearing How to allow the homeowner to appeal Does the ordinance itself include the Board of Appeals Or was that in state law? That's in the ordinance, Judge The reason I'm asking these questions is One could take the view that The Due Process Clause as originally understood For traditional property like this Required at some point a court hearing And I'm curious if there was any conceivable route to a court On the determination of whether this was a violation of the ordinance I guess, Your Honor, in hindsight If he had retained me on day one And I filed a state court action Seeking an injunction And all that entails Having to prove all the elements of a preliminary injunction Or a temporary restraining order Then I suppose But would you have had a state law cause of action To pursue that? Because if not I think that suggests there might be a due process violation Your Honor, I am not aware of any particular law That would particularly address this I would be just filing under common law State court action Just saying that here's a property interest imperiled Let's do it Because here's an issue The appellee has raised the point Well, there's no expert witness that you've had To say this mobile home was in great shape Or wasn't Well, it's kind of impossible When the pieces are on the ground I mean, you cannot tell from photographs So it's really difficult At a post-destruction situation To be able to provide I mean, this is unrelated And we have to take the facts in your favor So I know that your theory of the case Is that this disgruntled tenant Just sprayed it down with water with a hose And that is what caused all the mold But the code enforcement officer Suggested this was long-term mold Which suggests that it wasn't caused By some recent disgruntled tenant What would be your response to that? Your Honor, my response would be that My client went into the property Didn't just whitewash it He repaired it, remediated it, took out the mold There may have... Well, there was structure, right? He was putting 2x4s up That suggests structure problems Mr. McIntosh has testified that That was put in by the tenant To hang a netting that held stuffed animals It was not a structural... It's better and better It's not a structural... And I think, Your Honor For purposes of summary judgment We should be given that benefit of the doubt So that... You also... COVID was rampaging right now It was December of 2020 My client didn't go into the premises On a regular basis during this time period Because of the COVID pandemic So is it possible that the tenant Could have had a mold issue That she didn't report to my client Timely, until this all happened I mean, I guess that's possible But in any event If you look at the light... The facts of the light Most favorable to my client Let's assume that This is an erroneous deprivation And I think the crux of this case Is... Can anyone... Can you come up with a conceivable way In which... Assuming this is an erroneous deprivation That Mr. McIntosh would have had A fair opportunity to be heard Prior to the destruction And the answer is no Because there were three options That the city has given None of which Passed constitutional muster And as an initial point Parrot does not apply This was not an imminent Dangerous situation I acknowledge that... Is it your client's contention That he was not given The same type of process That he got in the other situation That we talked about before? Correct That they were more... Giving him more... More information What was... What's the distinction Between here and the other... The other property That he was able to remediate? The other property That he was able to remediate Is that they... They allowed him... They actually talked with him They told him what was wrong He agreed It was a situation where It wasn't... Where he disputed What they were claiming He agreed and they repaired it This situation is different In that he disputed And he had no way To have that dispute heard All right You'll get your full rebuttal We'll hear from the city Thank you very much Good morning Good morning Chief Judge Sutton May it please the court My name is Jim Landry And I represent City of Madisonville, Kentucky Despite receiving Actual notice Of condemnation In demolition proceedings The McIntoshes Refuse to submit A work remediation plan Or otherwise Take advantage Of any pre-deprivation Process afforded to them Were they given Any kind of Description of what Needed to be remediated? No, Judge And here is why How can you submit A remediation plan If you don't know What the city Is complaining about? Because The process That the city Has used for 18 years And this is the first Situation to where This Need for an appeal Has arisen Under the process They used But the process They used for 18 years Is Mr. Wallace Sends the letter And advises them That the property Has been in condemned It's in violation And says they can Come pick up the code And if they have any questions To contact Mr. Wallace This invites a conversation And this is exactly What happened In the second instance With Mr. McIntosh And it also happened On a prior incident Prior to this Mobile home In question It happened on An Oakdale trailer He had an issue With that Where the city Declared that a nuisance And he got with the city And they had a discussion About it And the city Withdrew that And then this Incident happened Several years later With this mobile home  Are the three incidents It seems like Your fellow Counsel Was referencing Something that happened After the events In question here My friend Was referencing 506 Sugg Street And that's on McIntosh deposition Page ID 447 And 455 But the first Incidence was Oakdale And that's on McIntosh deposition Page ID 445 To 447 And again on 455 And in that instance A tree fell on A trailer Owned by Mr. McIntosh And so the city Said hey This is a nuisance You've got to do Something about it And Mr. McIntosh Reply was well It's subject to an Ongoing lawsuit For property damage And the insurance Company says I need To leave it Till the Lawsuits Dealt with And the city Said okay We'll back off On that And they did And then the Incident The 506 Sugg Street Incident that Occurred second After Mr. Wallace just Happened to be In the mobile Home park And a tenant Came up to him And started Complaining about Some issues That were similar To Ms. Webb's issues She was the Tenant in the 514 Sugg Street mobile Home that was Condemned and Ultimately demolished And one of his Issues was that Mr. McIntosh had Screwed all the Windows shut In the back Door and that Was easily Too concerned With that The city was More concerned With the Structural damage The rot in The trusses The sagging Subfloor The mobile Home that was Demolished had Holes and gaps In the exterior Let's talk a little Bit about this Opportunity to be Heard and keeping In mind that There's lots of Evidence that Conflicts and So with the Conflicting evidence I think the McIntoshes get the Benefit of the Doubt on that So when you're Responding to this Opportunity to be Heard please don't Just tell us your Side of the story Because that will Not appreciate the Rule 56 stance of The case So what do we Do about the fact That you know There really didn't Seem to be an Opportunity to be Heard the city Has not put in Place this Board His phone calls Aren't answered So and I Don't know I'm a little Puzzled by the 30 days I mean there's No evidence Someone was Living there So I don't Understand the Eminence problem Why A sensible City person Wouldn't just Say okay We understand You're upset We're not Going to Demolish it On this day Let's Give you a Chance to Tell your Side of the Story We'll go Look at it Why the Rush Let me first Address the Eminency The procedural History of this Case demonstrates That there was An adequate Remedy in State court For the Macintoshes They originally Filed their Complaint in State court But they Included vague Claims of Federal violations And out of Abundance of Caution So you're Saying ignore The agency Ignore the Administrative Stuff required By the state Just bring a State common Law claim in State court Is that what you Would say What would the Claim be That they Should have Just jumped Over all Of that Bring a Preliminary Injunction for What The two Counts That they Alleged And that Was trespass And then They Alleged A statutory Claim Which is Violations Of KRS 6588 00 And that Is the Statutory Scheme That provides The administrative Process and Allows for An appeal To the District Court I thought We decided We weren't Going to Talk about The Administrative Stuff We were Going to Just talk About State Law What's the State Law Claim That ignores The whole Administrative Process Which you Did not Put in Place The State Law Claim Is through The Statutory 65. 8831 It allows For an  Process A hearing And then  Would Require Going To A  Of Appeals That You Said That Your Clients Suggested In Their Deposition Does not Exist Correct Okay You Cite Us A Statute That Requires  Mayor To Implement Or Convene A Local Board Of Appeals He Asked For It Under His View Of   He  Not Ask For An Appeal He Claims He Asked For An Appeal For Some Random City Employee It Is Disputed That There Is No Testimony But The Court Does Not Have To Rely On An Employee Like Her We Don't Even Know Her  In The City Of Cleveland This Court In 2023 Recognized Informal Conversations With City Employees Regarding The Status Of An      Cleveland      With      Of An Employee In The City Of Cleveland This Court Recognized Informal Conversations  City Employees Regarding    An Employee In The City Of Cleveland This Court Recognized Informal Conversations With  Employees Regarding The Status Of An Employee  The City Of Cleveland This  Recognized Informal  With An Employee In The City Of Cleveland This  Recognized Informal Conversations With An Employee In The City        With An Employee In The City Of Cleveland This Court Recognized Informal Conversations With  Employee In   The City                           Of Cleveland This Court    With An Employee In The City Of Cleveland This Court Recognized Informal Conversations With   In The City Of  This Court  Informal    Employee In The City Of Cleveland This Court Recognized  Conversations With An Employee In The City Of Cleveland This  Recognized  Informal      The City Of Cleveland This Court Recognized  Conversations With   In The City Of Cleveland This Court Recognized Informal   Conversations  An  In   Of   Court  Informal  With An Employee In  City Of Cleveland   Recognized Informal Conversations   With An Employee       Court                   Employee In  City Of Cleveland This Court Recognized Conversations With An Employee In The City Of Cleveland This Court Recognized Conversations With An Employee In The City Of Cleveland  Court  Conversations     The  Of   Court Recognized  With   In The City Of Cleveland This Court Recognized  With An Employee In The City       An Employee In The City Of Cleveland This Court  With An      Employee In The City          In  City Of   Court Recognized Conversations With An Employee In The City Of Cleveland  Court    An Employee In The City Of Cleveland This Court Recognized             Conversations With An                            Employee   City    Court Recognized   Employee    Of Cleveland This Court Recognized With An Employee In The City Of Cleveland This Court  Conversations With An      Cleveland   Recognized   An Employee      This      Court Recognized     In The City    Court Recognized Conversations With  Employee     Cleveland This Court     Recognized         Court Recognized An Employee In  City Of  This  Recognized        An Employee   City Of Cleveland This Court Recognized An Employee In The City Of Cleveland This Court Recognized An       This Court Recognized An Employee    Of Cleveland      In The City Of Cleveland This Court Recognized An Employee In The City Of Cleveland  Court       Of Cleveland  Court Recognized  Employee In The City Of Cleveland This Court Recognized  Employee Working  Destroyer This Court  Employee    Of Cleveland  Court Recognized Employee     Cleveland This  Recognized   Employee you for your arguments and for your briefs. We appreciate it. Thank you. The case will be submitted.